

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Apollo Exploration, LLC;
Cogent Exploration, Ltd., Co.;
and SellmoCo, LLC,

Vs. No. 11-19-00183-CV

Apache Corporation,

\* From the 385th District Court
  of Midland County,
  Trial Court No. CV50538.

\* June 10, 2021

\* Opinion by Trotter, J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Wright, S.C.J.,
  sitting by assignment)
  (Williams, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we affirm the trial court's orders excluding Paul Dee Patterson's testimony and Dean Graves's March 2019 testimony on Appellants' claimed damages. We also affirm the trial court's summary judgment orders and determinations (1) on the meaning of "Leases" and "affected Leases" in Section 4.1 of the Purchase and Sales Agreements and (2) that Appellants take nothing on their claims for breach of express trust, breach of fiduciary duty, misapplication of fiduciary property, and conversion. We reverse the trial court's order excluding Peter Huddleston's testimony. We reverse the trial court's summary judgment orders (1) that concern how to account for the working interest originally owned by Gunn Oil Company, (2) that concern how to calculate the Back-In Trigger in Section 2.5 of the Purchase and Sales Agreements, (3) that concern the

expiration date of the Bivins Ranch North Block lease, and (4) that Appellants take nothing on their claims for breach of contract, fraud, negligence, and gross negligence. We also reverse the trial court's award of attorneys' fees to Apache Corporation and the trial court's final judgment. In light of our holdings, the issues that we have reversed are remanded to the trial court for further proceedings consistent with this opinion. The costs incurred by reason of this appeal are taxed 50% against Apollo Exploration, LLC, Cogent Exploration, Ltd., Co., and SellmoCo, LLC, and 50% against Apache Corporation.